# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID J. HOBBS

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5364BHS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED with prejudice**.

   April 23, 2009                                                    BRUCE RIFKIN
Date                                                                      Clerk

                                                                                 *s/CM Gonzalez*
                                                                                 Deputy Clerk